FILED IN CLERK'S OFFICE
U.S.D.C. Rome

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

MAY 06 2026

### for the

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk

### District of

### Division

Robert ANDREW Hull

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

BCSO, Depvty WALL #867

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. 4:26-CV- 119

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Robert Andrew Hull_

All other names by which
you have been known: _____

ID Number _359715_

Current Institution _Bartow County Sheriffs' Office_

Address _104 Zena drive_

_Cartersville_          _GA_          _30120_
    *City*              *State*           *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _BCSO_

Job or Title *(if known)* _JAIL_

Shield Number _____

Employer _____

Address _104 Zena dr._

_Ctsvl._          _Ga._          _30120_
    *City*              *State*           *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name _Deputy WALL_

Job or Title *(if known)* _detention Deputy at Jail_

Shield Number _867_

Employer _Bartow County Sheriffs OFFICE_

Address _104 Zena drive_

_CArtersville_          _oa._          _30120_
    *City*              *State*           *Zip Code*

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name    _Cpl. SPENCER BCSO_

Job or Title *(if known)*    _Supervisor BCSO_

Shield Number    _819_

Employer    _BCSO_

Address    _104 Zena drive_

_Cartersville_          _GA_          _30120_
City          State          Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

Name    _____

Job or Title *(if known)*    _____

Shield Number    _____

Employer    _____

Address    _____

_____

City          State          Zip Code

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Egregious Abuse of Power, Resulting in INJURY_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_Deputy Wall #067 yANKed me out my Rollator Seat And drug me_

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)*  _Probation Violation Sentenced to Rehab._

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_When I was brought From BCSO JAIL iN September 2024 To Cartersville/Piedmont ER and Lifeflighted To memorial/SAVANNAH Hospital ON The heli-pad_

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

_IN C-Pod R-block Vestibule at BCSO Approx.1:30pm 4-7-26_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

9-?-2026 - Time of day? and 4-7-2026 @ 1:30pm

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

CPL Spencer made me sign a piece of paper on the helipad at Cartersville/Piedmont before Lifeflight to Memorial/savannah.

depoty wall yanked me out of my Rollator seat 4-7-26 Causing Injury to (L) ELBow/Arm & (L) knee Deputies Cochran and Depoty Johnson witness

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My Left Arm is Numb and Tingling since the 4-7-26 incident and I Am crippled Because of the september 2024 incident.

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Please Appoint An Attorney. I am in segregation at BCSO Jail in V-block Room 1 and Cannot get on Kiosk Law Library for my Mental diagnosis and my physical disability

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Burtow County Jail Cartersville Georgia_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_4-7-26 incident_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

On Jail Kiosk

2.    What did you claim in your grievance?

My Left arm and knee were damaged

3.    What was the result, if any?

One Xray of Left Shoulder

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Repeated Medical Requests

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

*September incident 2024 I did Not Know the paper Cpl Spencer had me Sign was a Release from Jail to Avoid Exspenses for helicopter Ride*

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I've asked Perez #888 for a wheelchair 5-1-26*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit

        Plaintiff(s)    _____

        Defendant(s)   _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

   3.   Docket or index number

        _____

   4.   Name of Judge assigned to your case

        _____

   5.   Approximate date of filing lawsuit

        _____

   6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition    _____

   7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

        _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _5-3-2026_

Signature of Plaintiff    _Robert A. Hull_
Printed Name of Plaintiff    _Robert Andrew Hull_
Prison Identification #    _359715_
Prison Address    _104 Zena drive_
_Cartersville_          _GA_          _30120_
                City          State          Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
                City          State          Zip Code

Telephone Number    _____
E-mail Address    _____

UNITED STATES DISTRICT COURT
for the NORTHERN
DISTRICT OF GEORGIA

Robert ANDREW HULL

VS.

BCSO DEPUTY WALL #867
BCSO JAIL
Correct Health of Georgia  BARTOW COUNTY JAIL
MEDICAL SECTION CARTERSVILLE GEORGIA

Complaint for Civil Rights Violation
against LOCAL OFFICIALS 1983 Claim
AND REQUEST FOR COUNSEL

Here Comes Robert Andrew Hull asking for
a lawyer be appointed by the Court to
file properly. I AM IN BARTOW COUNTY
JAIL 104 Zena drive Cartersville, Georgia
30120 IN SEGREGATION (Administrative) AND Am
Unable to Conduct a proper filling This 25th day
Of April 2026

PAGE 1

<u>Description of Complaint</u>

ON 4-7-26 ATApproximately 1:30 p.m. Deputy WALL Shield# 867, IN THE VESTIBULE OF Bartow County Jail C-pod, V-BLOCK, R-BLOCK DID PULL ME VIOLENTLY OUT OF my Rollator By My Left Arm, USING Excessive Force TO DRAG ME Approximately fifty feet DAMAGING My LEFT Shoulder Which IS BOLTED WITH TITANIUM Screws TOGETHER AND My LEFT Knee Which IS UNABLE TO Accept ANY Pressure AT ALL. My Left ARM IS Constantly numB AND TINGLING AND My LEFT BACK AND FRONT SHOULDER AREA IS CONSTANTLY IN PAIN; My LEFT KNEE CANNOT TAKE ANY MORE Pressure put on it AND MEDICAL HERE — After NUMEROUS Requests-Will Not ADDRESS THE ISSUE. I Humbly Ask the COURT TO FILE THIS COMPLAINT WITH THE FEE

PAGE 2

PROVIDED AND I PETITION THE COURT TO APPOINT COUNSEL TO MOVE FORWARD IN THIS ABOVE SAID COMPLAINT, IN ABOVE SAID COURTS Properly.

THIS INJURY I ASK RELIEF FOR TO BE SEEN BY MY PERSONAL ORTHOPEDIST TRAUMA SURGEON.

This 25th day of April, 2026

YOUR OBEDIANT Robert A. Hull

Robert Andrew Hull
ID # 359715
BARTOW COUNTY JAIL
104 ZENA DRIVE
CARTERSVILLE GA, 30120
(770) 382-5050

Page 3

To Whom it MAY Concern                    Brief of Complaint

I Robert ANDREW HULL FEAR SENDING THIS FILING FEE OF 405⁰⁰ WiTHOUT A Counsel Appointed to Me by The court to properly VSE THE CIVIL COVER SHEET. I'm diagnosed Mental AND IN SOLITARY Confinement /Segregation Where it is Impossible to focus with the other 17 cells screaming and yelling while I attempt to get on the Law Library Kiosk to find what I need to put into the blanks on the complaint. I Thank the Clerk for Sending it to Me. However I AM incapable of filling it out. I AM NOT Mentally Capable, I have tried. I don't know How to Legally State I need treatment for My Left Knee and Shoulder. And I am not getting it. I need a wheelchair and Depty Hammock Shield # 843 The Medical depety Interupted Me and Said BCSO Jail Does Not have a Wheel chair" I have a Rollator And that was fine until Depty Wall #867 yanked me out of it. I cannot walk without extreme pain and my knee joint is popping in and out. I Have asked the Norse Supervisor Sherry Lindsey, She Said, "YOU CAN Walk." ALL THAT Was done for the 4-7-26 Incident, XRAY My Shoulder

And THE XRAY TECHNICIAN LOOKED AT Result of the Shoulder And said she never seen anything LIKE it. My Titanium Bolts/Sutures have been torn apart By Deputy Wall yanking on it to pull me out of My Rollator where I was sitting down in the seat parts THIS Incident Could Have been avoided IF There was an order By medical Not to Handcuff me Behind my Back. I Cannot walk. Deputy Cochran gave me an order to Turn around so HE could Cuff me BEHIND My Back. SO I SAt Down IN the Rollator seat Because cPoD Tower operatoR (Name unknown /civilian employee) did not unlock the inner door to Rblock So I Could NoT go Back INto my dorm Like deputy Cochran ordered me to do. CpL. Spencer shield #819 stated "I Should Have went Back into my Dorm." THIS INCident ALL STEMMED from Deputy Cochran escorting inmates to Chaplain asking me to wear shackles. I said I would go back into the dorm because shackles, some days are impossible for me. Then I said I world try, due to wanting a chaplain visit and the only way to get it is walk over 100 yards IN shackles with a walker/Rollator due to Hip Needing Reconstruction and scheduled with Dr. Shwartz and Dr. William Trammel at Pinnacle Orthopedics Marietta Ga.

Before my arrest 12-31-25 by BCSO deputies.
I had on my person The order from Dr Trammels bone
scan of my Right Hip and the scheduled pre-op for
Surgery and No provider here at the Jail followed up,
I Have been Struggling and in Major Pain and my
Health Status deteriorating. There is Much More
to this Complaint and I beg the Courts
to intervene and Send Appointed Counsel to
dictate My formal Complaint and fill out
this Civil Cover Sheet Sent by your Clerk.
Along with this Certified Money Order for the
Required filing fee.

THANK YOU this 26th day of April 2026
YOUR MOST OBEDIANT, Robert A. Hull

Robert Andrew Hull
Bartow County Jail
CVI - ID# 359715
104 Zena dr.
Cartersville Ga. 30120
770 382-5050